**[J-44-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: NOMINATION PETITION OF     :   No. 10 WAP 2024
JOSEPH J. VODVARKA FOR UNITED     :
STATES SENATOR   OBJECTION OF:     :   Appeal from the Order entered
ANDREW RITTER, JR., ASHLEY BOOP,     :   March 8, 2023 of the Commonwealth
AND RICHARD TEMS     :   Court at No. 85 MD 2024.
    :
    :   SUBMITTED: March 21, 2024
APPEAL OF: JOSEPH J. VODVARKA     :

## ORDER

**PER CURIAM**

     **AND NOW,** this 22nd day of March, 2024, the order of the Commonwealth Court is **AFFIRMED**. Objectors' application for counsel fees and costs under Pa.R.A.P. 2744 is **DENIED**.